IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER SCOTT ATKINSON,

    Plaintiff,

v.

FELIPA MACKINNON,
JOSEPH WARNKE and
CRYSTAL SCHWERSENSKA,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-736-bbc

---

This action came for consideration before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the court has rendered a decision.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 3d day of August, 2016.

*Barbara B. Crabb*
Barbara B. Crabb
District Judge

*Peter Oppeneer*                                              8/3/16
Peter Oppeneer, Clerk of Court                                Date